# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-21-00584-CV

### In re Mark Joseph Watson©, ens legis

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a). Relator's motion for judicial notice is also denied.

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:  November 18, 2021